1040

[No. 47425-1-I.  Division One.  August 6, 2001.]

JILLA KHATIBNIA, ET AL., *Appellants*, v. ROBERT K. KELLEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-20289-9, Richard D. Eadie, J., entered September 7, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 19280-6-III.  Division Three.  August 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER MARK HUFF, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00616-3, Craig J. Matheson, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 19354-3-III.  Division Three.  August 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROD L. SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 99-1-00212-5, John Hotchkiss, J., entered April 24, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Kato, J.